1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11  ALFRED KISTENMACHER,

12          Plaintiff,

13      v.

14  JOSEPH LEHMAN *et al.*,

15          Defendants.

Case No. C04-5825RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

16

17          The Court, having reviewed, the Report and Recommendation of Magistrate Judge

18  Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record,

19  does hereby find and ORDER:

20      (1)     The Court adopts the Report and Recommendation;
21      (2)     Defendant's Motion to Dismiss is **DENIED.**  The doctrine of favorable termination
                does not apply where plaintiff is not able to file an action in habeas challenging a
                former conviction.
22      (3)     This matter is re-referred to Magistrate Judge Karen L. Strombom for further
                proceedings consistent with this Order.
23      (4)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants
                and to the Hon. Karen L. Strombom.

24      DATED this 12th day of July, 2005.

25

26

27  RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

28  ORDER - 1